CHARLES McKNIGHT v. STATE.

No. A-2775. Opinion Filed January 15, 1919.

(177 Pac. 383.)

**KEEPING PLACE FOR SALE OF INTOXICATING LIQUORS.** Syllabus the same as in No. A-2331, **Proctor v. State,** 15 Okla. Cr. 338, 176 Pac. 771.

*Appeal from District Court, Pottawatomie County;*
*Chas. B. Wilson, Jr., Judge.*

Charles McKnight was convicted of keeping a place for the sale of intoxicating liquors, and appeals. Reversed.

*Ed. O. Cassidy* and *Chas. E. Dierker,* for plaintiff in error.

The Attorney General and *R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge. The plaintiff in error was convicted of keeping a place with the intention and for the purpose of selling intoxicating liquors, and was sentenced to be confined for 30 days in the county jail of Pottawatomie county and to pay a fine of $500, under section 4, c. 26, Sess. Laws 1913.

This case involves the same issues as the case of *Proctor v. State, ante,* p. 338, 176 Pac. 771, decided this term, and is controlled thereby. For the reasons set out in that opinion, judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.